CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/25/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ERICA SHARON LIGHTFOOT,<br><br>    *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    *Defendant*. | CASE NO. 6:17-cv-00032<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court are the parties' cross motions for summary judgment (dkts. 14, 16), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 18, hereinafter "R&R"), and Plaintiff's Objections to the R&R (dkt. 20). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. After review of the record, the R&R, and the Objections, the Objections are **OVERRULED**. Accordingly:

1. The R&R of August 14, 2018, (dkt. 20), is hereby **ADOPTED** as modified;

2. Plaintiff's Motion for Summary Judgment (dkt. 14) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (dkt. 16) is hereby **GRANTED**;

4. The Commissioner's final decision is hereby **AFFIRMED**;

5. This case is stricken from the active docket.

Entered this __25th__ day of September, 2018.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE